UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA CICCARELLO, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>                Defendants. | Honorable George B. Daniels<br>No: 1:20-cv-09568-GBD |
| ROBERT ROMNEK, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>                Defendants. | Honorable George B. Daniels<br>No: 1:20-cv-10267-GBD |
| ELISSA HESS, AS TRUSTEE FOR THE EH LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, and MAGGIE WU,<br><br>                Defendants. | No: 1:21-cv-00136-UA |

**[PROPOSED] ORDER GRANTING THE MOTION OF THOMAS J. POPOVICH
FOR CONSOLIDATION OF THE RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF HIS SELECTION OF LEAD COUNSEL</u>**

Having considered the Motion of Thomas J. Popovich ("Mr. Popovich") for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, the Memorandum of Law in Support of the Motion of Mr. Popovich for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, and the Declaration of Frederic S. Fox in Support of the Motion of Mr. Popovich for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel, and good cause appearing therefor,

1. Mr. Popovich's motion is GRANTED, and any competing motions are DENIED.

2. The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action.

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Mr. Popovich is appointed to serve as Lead Plaintiff in the Consolidated Action and any subsequently filed or transferred actions that relate to the above-captioned action.

4. Mr. Popovich's choice of Kaplan Fox & Kilsheimer, LLP to serve as Lead Counsel for the proposed class is approved.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE