**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ROBERT ROMNEK, *individually and on behalf of others similarly situated*,

                      Plaintiff,

-against-

ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, MAGGIE WU,

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 10267 (GBD)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # _____ DATE FILED: MAR 0 3 2021]

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from March 11, 2021 to April 27, 2021 at 10:30 a.m.

Dated: March 3, 2021
      New York, New York

SO ORDERED.

*[Signature: George B. Daniels]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE